UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 1:11CV12163

WINDSTREAM ENERGY SOLUTIONS, INC.
        Plaintiff

v.

ACO DISTRIBUTION & WAREHOUSING, INC.,
C.H. ROBINSON WORLDWIDE, INC. and
NORTHERN LIGHTS SPECIALIZED, LLC
        Defendants
=====================================

## DEFENDANT, NORTHERN LIGHTS SPECIALIZED, LLC'S
## CORPORATE DISCLOSURE STATEMENT
### (Local Rule 7.3)

Defendant, Northern Lights Specialized, LLC states that it is a privately owned company, and has no parent corporation or publicly held company that owns any of its stock.

Respectfully submitted by,
Northern Lights Specialized, LLC

By its attorney,

/s/ Brian M. Cullen
Brian M. Cullen, BBO#547427
Law Offices of Steven B. Stein
100 Summer Street, Suite 201
Boston, MA 02110
bcullen@travelers.com
Tel. (617) 772-2800
 Fax (617) 772-2828

## CERTIFICATE OF SERVICE
I, Brian M. Cullen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by way of electronic filing on March 9, 2012.

/s/ Brian M. Cullen
Brian M. Cullen